# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL D. WELCH, | Case No. 2:19-cv-01241-RFB-BNW |
| Plaintiff, | ORDER |
| v. | |
| JAMES DZURENDA, et al., | |
| Defendants. | |

## I. DISCUSSION

On August 20, 2021, the Court issued an order granting Plaintiff leave to file single, complete second amended complaint within thirty (30) days. (ECF No. 15.) Plaintiff has filed a motion seeking an extension until October 20, 2021, to file his second amended complaint. (ECF No. 16.) The Court grants Plaintiff's motion for an extension. Plaintiff shall file any second amended complaint on or before October 20, 2021. If Plaintiff fails to file a timely second amended complaint, the Court will screen Plaintiff's first amended complaint (ECF No. 2-1), as discussed in the Court's previous order. (ECF No. 15.) Barring unusual circumstance, the Court will not grant any further extensions of time.

## II. CONCLUSION

For the foregoing reasons, it is ordered that the motion for extension of time (ECF No. 16) is granted. Plaintiff shall file his second amended complaint on or before October 20, 2021.

It is further ordered that, if Plaintiff fails to timely file his second amended complaint, the Court will screen Plaintiff's first amended complaint (ECF No. 2-1).

DATED: September 7, 2021.

Brenda Weksler
United States Magistrate Judge

1