AARON D. FORD
  Attorney General
LEO T. HENDGES (Bar No. 16034)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3795 (phone)
(702) 486-3773 (fax)
Email: lhendges@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KENTRELL WELCH, | Case No. 2:19-cv-01241-RFB-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| JAMES DZURENDA, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff, Kentrell Welch, and Interested Party Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Leo T. Hendges, Deputy Attorney General of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 10th day of March, 2023.

By: /s/ Kentrell Welch
KENTRELL WELCH
Plaintiff

DATED this 10th day of March, 2023

AARON D. FORD
Attorney General

By: /s/ Leo T. Hendges
LEO T. HENDGES (Bar No. 16034)
Deputy Attorney General
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of March, 2023.

## CERTIFICATE OF SERVICE

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on March 14 2023, I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

    Kentrell Welch, #1030777
    Ely State Prison
    P.O. Box 1989
    Ely, Nevada 89301
    Email: ESP_LawLibrary@doc.nv.gov
    *Plaintiff Pro Se*

/s/ Carol A. Knight
CAROL A. KNIGHT, an employee of the
Office of the Nevada Attorney General